UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number:  06-14191-CIV-MARTINEZ-LYNCH**

THE VILLAGE SPIRES CONDOMINIUM
ASSOCIATION, INC.,

       Plaintiff,

vs.

QBE INSURANCE CORPORATION,

       Defendant.

_____/

## NOTICE OF COURT PRACTICE IN REMOVAL CASES

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

Counsel for the non-removing party must file a motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction within 30 days after the filing of the notice of removal under 28 U.S.C. §1446(b).

Counsel for the removing party is directed to file a *Removal Status Report* no later than **November 31, 2006**.  Failure to file a timely *Removal Status Report* shall be grounds for remand. In addition to the *Removal Status Report*, counsel for the removing party must file copies of all records and proceedings in the state court proceedings by the aforementioned date.

The *Removal Status Report* shall contain the following:

(1)     A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, made in state or federal court including the amount of damages claimed and any other relief sought.

(2)     A plain statement of the grounds for removal and a listing of all parties to the action,

including parties to any third party claim.

(3)      A list of all pending motions.

(4)      A brief statement by each Defendant explaining whether or not each has joined the notice of removal.

(5)      State whether the Defendant has removed the action within 30 days after the receipt by the Defendant of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

If the removing party has provided some or all of the information requested above, briefly summarize the information requested and direct the Court to the location of the information in the record.  Failure of the removing party or parties to timely provide the information requested in the *Removal Status Report* above or required pursuant to 28 U.S.C. §1446(a) may result in remand of the action.

Counsel for the removing party shall provide copies of this Notice to all concerned parties.

DONE AND ORDERED in Chambers at Miami, Florida, this  23rd day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE


Copies provided to:
Magistrate Judge Lynch
All Counsel of Record

-2-